UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHNATHAN AARON BROWN,

        Plaintiff,

                              Case Number 10-12162

v.                                  Honorable Thomas L. Ludington

CITY OF DETROIT,

        Defendant.

_____ /

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

It is **ORDERED** that the following motion is referred to United States Magistrate Judge Charles E. Binder for hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Plaintiff's motion to compel defendant's discovery responses [Dkt. # 14], filed on September 22, 2010.

                                  s/Thomas L. Ludington
                                  THOMAS L. LUDINGTON
                                  United States District Judge

Dated: October 4, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 4, 2010.

                            s/Tracy A. Jacobs
                            TRACY A. JACOBS