UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNATHAN AARON BROWN,

    Plaintiff,

vs.

CITY OF DETROIT,

    Defendant.

Case No. 1:10-cv-12162-TLL-CEB
Hon. Thomas L. Ludington

_____/

| | |
|---|---|
| LOEVY & LOEVY<br>BY:  ARTHUR LOEVY<br>       CINDY TSAI<br>       JON LOEVY<br>312 N. May St., Suite 100<br>Chicago, IL 60607<br>(312) 243-5900<br>Email: loevylaw@gmail.com<br>Attorneys for Plaintiffs<br><br>FOLEY & MANSFIELD PLLP<br>BY:  DAVID L. HARON<br>MERCEDES V. DORDESKI<br>130 East Nine Mile Road<br>Ferndale, MI 48820<br>(248) 721-4200<br>Email:   dharon@foleymansfield.com<br>Attorneys for Plaintiffs | CUMMINGS, McCLOREY, DAVIS<br>    & ACHO, PLC<br>BY:  RONALD G. ACHO (P 23913)<br>       JAMES R. ACHO (P 62175)<br>       KAREN M. DALEY (P 60002)<br>33900 Schoolcraft Road<br>Livonia, MI 48150<br>(734) 261-2400<br>Email:  racho@cmda-law.com<br>Attorney for Defendant |

_____/

**NOTICE OF SUGGESTION OF PENDENCY OF**
**BANKRUPTCY CASE AND APPLICATION OF THE AUTOMATIC STAY**

      **PLEASE TAKE NOTICE THAT**, on July 18, 2013 (the "Petition Date"),

the City of Detroit, Michigan (the "City") filed a petition for relief under chapter 9

of title 11 of the United States Code (the "Bankruptcy Code"). The City's bankruptcy case is captioned *In re City of Detroit, Michigan*, Case No. 13-53846, (Bankr. E.D. Mich.) (the "Chapter 9 Case"), and is pending in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court"). A copy of the Notice of Commencement of Case Under Chapter 9, Notice of Automatic Stay and Purposes of Chapter 9, Notice of Deadline and Procedures for Filing Objections to the Chapter 9 Petition and Notice of the City's Motion to Limit Notice dated August 6, 2013 (*In re City of Detroit, Michigan*, United States Bankruptcy Court, Eastern District of Michigan, Case No. 13-53846) is attached as Exhibit A. A copy of the Bankruptcy Court's July 25, 2013 Order Pursuant to Section 105(a) of the Bankruptcy Code Confirming the Protections of Sections 362, 365 and 922 of the Bankruptcy Code which was entered by Judge Steven Rhodes (*In re City of Detroit, Michigan*, United States Bankruptcy Court, Eastern District of Michigan, Case No. 13-53846) is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the automatic stay imposed by operation of sections 362 and 922 of the Bankruptcy Code (the "Stay"), from and after the Petition Date, no act to (i) exercise control over property of the City or (ii) collect, assess or recover a claim against the City that arose before the commencement of the Chapter 9 Case may be commenced or

continued against the City without the Bankruptcy Court first issuing an order lifting or modifying the Stay for such specific purpose.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the Stay, from and after the Petition Date, no cause of action arising prior to, or relating to the period prior to, the Petition Date may be commenced or continued against (i) the City, in any judicial, administrative or other action or proceeding, or (ii) an officer or inhabitant of the City, in any judicial, administrative or other action or proceeding that seeks to enforce a claim against the City, and no related judgment or order may be entered or enforced against the City outside of the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the Stay for such specific purpose.

**PLEASE TAKE FURTHER NOTICE THAT** actions taken in violation of the Stay, and judgments or orders entered or enforced against the City, or its officers or inhabitants to enforce a claim against the City, while the Stay is in effect, are void and without effect.

**PLEASE TAKE FURTHER NOTICE THAT** neither the Bankruptcy Court nor the United States District Court for the Eastern District of Michigan has issued an order lifting or modifying the Stay for the specific purpose of allowing any party to the above-captioned proceeding to commence or continue any cause of action against the City or its officers or inhabitants. As such, the above-

captioned proceeding may not be prosecuted, and no valid judgment or order may be entered or enforced against the City or its officers or inhabitants.

**PLEASE TAKE FURTHER NOTICE THAT**, in light of the foregoing, the City will not defend against, or take any other action with respect to, the above-captioned proceeding while the Stay remains in effect.

**PLEASE TAKE FURTHER NOTICE THAT** the City hereby expressly reserves all rights with respect to the above-captioned proceeding, including, but not limited to, the right to move to vacate any judgment entered in the above-captioned proceeding as void.

                Respectfully submitted,

/s/ Ronald G. Acho
Ronald G. Acho (P-23913)
CUMMINGS, MCCLOREY, DAVIS & ACHO, P.L.C.
33900 Schoolcraft Road
Livonia, MI 48150
Dated: August 12, 2013   (734) 261-2400
racho@cmda-law.com
Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: CINDY TSAI, ESQ., ARTHUR LOEVY, ESQ., DAVID L. HARON, ESQ., JON LOEVY, ESQ., MERCEDES V. DORDESKI, ESQ., and MICHAEL I. KANOVITZ, ESQ.

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: N/A

/s/ Ronald G. Acho
Cummings, McClorey, Davis & Acho, PLC
33900 Schoolcraft Road
Livonia, MI 48150
Phone (734) 261-2400
Primary email: racho@cmda-law.com
P-23913