Index of Exhibits

| | | |
|---|---|---|
| Main Document | | 5 pages |
| Exhibit A | Notice of Commencement of Case Under Chapter 9, Notice of Automatic Stay and Purposes of Chapter 9, Notice of Deadline and Procedures for Filing Objections to the Chapter 9 Petition and Notice of the City's Motion to Limit Notice dated August 6, 2013, in *In re City of Detroit, Michigan*, United States Bankruptcy Court, Eastern District of Michigan, Case No. 13-53846. | 12 pages |
| Exhibit B | Order Pursuant to Section 105(a) of the Bankruptcy Code Confirming the Protections of Sections 362, 365 and 922 of the Bankruptcy Code dated July 25, 2013, in *In re City of Detroit, Michigan*, United States Bankruptcy Court, Eastern District of Michigan, Case No. 13-53846. | 6 pages |