IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| JOHNATHAN AARON BROWN, on behalf of himself and a class of others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 2:10-cv-12162-PDB-MAR ) |
| v. | ) Hon. Paul D. Borman ) Magistrate Mark A. Randon |
| CITY OF DETROIT, | ) ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF ATTORNEY MERCEDES V. DORDESKI

Former counsel for Plaintiff Johnathan Aaron Brown, attorney Mercedes V. Dordeski, hereby moves this Court for permission to Withdraw as Counsel. The Plaintiff will continue to be represented by the following attorneys of record: (1) David L. Haron (P14655) and (2) Michael I. Kanovitz. Counsel for the City of Detroit have been informed and do not oppose this motion.

RESPECTFULLY SUBMITTED,

/s/ Mercedes V. Dordeski
Mercedes V. Dordeski (P70821)
FOLEY & MANSFIELD, PLLP
130 E. 9 Mile Road
Ferndale, MI 48820
mdordeski@fhwnlaw.com

## **CERTIFICATE OF SERVICE**

I, Mercedes V. Dordeski, hereby certify that on the 28th day of January 2016, I electronically filed the foregoing document with the Clerk of the Court using the EFC systems which will automatically send notification of such filing to all counsel of record.

I also hereby certify that the following has been hand delivered to the following non-ECF participant:

City of Detroit
Attn: Law Department
660 Woodward, Suite 1650
Detroit, MI 48226

Dated: January 28, 2016                             /s/ Mercedes V. Dordeski
                                                    Mercedes V. Dordeski