LAVARON MORRIS, #205163
CHIPPEWA CORR. FACILITY, 4269 W. M. 80
KINCHELOE, MI. 49784-4269

CASE NO: C#10-CV-121627
THE CIVIL RIGHTS DIVISION
COMPLAINT SECTION, CLERK,
THE VOLUNTEER COMMITTEE ATTORNEY
-S, FEDERAL COURT FOR THE EASTERN
DISTRICT, THEODORE LEVIN U.S. COURT-
HOUSE, 231 W. LAFAYETTE BOULEVARD,
FIFTH FLOOR, DETROIT, MI. 48226.

FILED MAY -3 2018 CLERK'S OFFICE DETROIT

GOOD MORNING, CLERK, OF THIS HON. COURT, IM IN HOPES, THAT YOURE ABLE TO GET THIS LETTER TO THE HANDS IN WHICH IT BELONES, IN WHICH I DO REALIZE THAT THIS IS A SHOT IN THE DARK, SO WITHOUT HESITA-TING, HERE IM, WITH LEGAL MERIT. RE: INVESTIGATION OF THE DETROIT POLICE DEPARTMENT, THE CIVIL RIGHTS DIVISION AND THE UNITED STATES ATTORNEYS OFFICE FOR THE EASTERN DISTRICT OF MICHIGAN ARE JOINTLY CONDUCTING AND INVESTIGATION OF THE DETROIT POLICE DEPARTMENT (DPD), PURSUANT TO THE VIOLENT CRIME CONTROL AND LAW ENFORCE ACT OF 1994, 42 U.S.C. 14141. THE INVESTIGATION COVERS (3) AREAS; 1.) THE USE OF FORCE POLICIES AND PRACTICES OF THE (DPD); 2.)(DPD) HOLDING CELLS CONDITIONS, POLICIES AND PRACTICES, AND 3.)(DPD) ARREST AND DETENTION/ INTERROGATION/ POLICIES AND PRACTICES. BACKGROUND, IN MARCH OF 2000, FORMER UNITED STATES SAUL GREEN MET WITH FORMER CHIEF BENNY NAPOLEON, AND (DPD) COMMAND-LEVEL STAFF AND SUPERVISORS FROM FEDERAL LAW ENFORCEMENT AGENCIES TO DISCUSS (DPD) ARREST POLICIES AND PROCEDURES. THE MEETING WAS CALLED BECAUSE THE UNITED STATES ATTORNEYS OFFICE HAD RECEIVED REPORTS OF UNCONSTITUTIONAL ARREST AND INTERROGATION/DETENTION/ PRACTICES, OF FORMER HEADS OF THE DETROIT POLICE DEPARTMENT HOMICIDE DIVISION AMID ALLEGATIONS OF CORRUPTION AND DETROIT ARE USED IN CONJUNCTION MORE REGULARLY THAN MOST RESIDENTS WOULD PREFER. AS A LIST OF FORMER DETROIT POLICE DEPARTMENT LEADER AND THERE HENCHMEN FROM AN FROM 1963 THROUGH, IN WHICH, WHILE THEY WORKED BEHIND THE THICK WALLS OF THE PRIOR TO THE CLOSING OF THE SECRET 9TH FLOOR, HOLDING

P 2)
OVER PAGE 2)

CELLS IN THE FIRST PRECINCT HEADQUARTERS ON BRIEN IN DETROIT. IN RESPONSE [CASE NO# 03-CV-72258] UNITED STATES OF AMERICA, V CITY OF DETROIT. DETAINED IN A COLD, ISOLATED [SECRET] HOLDING CELLS/ WITH NO ACCESS TO ATTORNEYS/ INAPPROPRIATELY DELAYING FOR MORE THAN [48] HOURS WITHOUT BEING PROVIDED JUDICIAL PROBABLE CAUSE DETERMINATIONS HEARING BEFORE A NEUTRAL MAGISTRATE". A CLEAR AND PERSISTENT OF VIOLATING OF FEDERAL RIGHT ESPECIALLY IN HOMICIDE CASES". THE OVERHAUL ITS ARREST INTERROGATION AND DETENTION POLICIES AS PART OF THE CONSENT DECREE ORDER IN WHICH IN PLACE SINCE 2003. THE NEW POLICY BROUGHT A SENSE THAT PUT A [BANDAGE] A WRONG HAS BEEN RIGHT. THIS PRACTICE OF TURNING A BLIND EYE, TO POLICE MISCONDUCT IS NOTHING NEW. IT GOES BACK DECADES, CONSIDER THE VICTIMS OF FORMER HEADS OF THE DETROIT POLICE DEPARTMENT, LEADER, THERES HISTORICAL PATTERN OF POLICE AND CITY AUTHORITIES COVERING UP OFFICER MISCONDUCT UNTIL AN OUTSIDE AGENT SHINES A LIGHT ON THESE CONTROVERSIES — MEDIA, CITIZENS, ACTIVISTS, AND YES, ATTORNEYS. SCORES OF PRISONERS FROM DETROIT CITY, HAVE CLAIMED FOR DECADES THAT THEY WERE FRAMED BY NOW-RETIRED DETROIT DETECTIVES. BASED ON AND INVESTIGATION INTO INVESTIGATION OF THE DETROIT POLICE DEPARTMENT DETECTIVE TACTICS, AS WELL AS SUCCESSFUL COURT CHALLENGES. IT TURNS OUT THAT SOME OF THEM WERE. PRIOR VIOLATION CAUSE OF POLICIES HAS NOT BEEN MADE RIGHT. THE [DPD] ADMITTED THAT THESE SAME PROLONGED DETENTIONS VIOLATE THE CONSTITUTIONAL RIGHTS OF DETAINEES, THE DETECTIVES HAVE NOT BEEN PUNISHED AND OTHERS THAT WHO ARE RESPONSIBLE, THE CITY OF DETROIT HAVE EFFECTIVELY RATIFIED THEIR ACTIONS. PRISONER MORRIS, SAYS THAT DPD] INACTION WAS THE MOVING FORCE FOR THE CONSTITUTIONAL VIOLATION THE CITY OF DETROIT CUSTOM OR POLICY LED TO THE COMPLAINED OF INJURY. SINCE THE 1980'S, SIGNIFICANT NUMBERS OF DETENTIONS EXCEEDING [48] HOURS WITHOUT A PROBABLE CAUSE HEARING AFTER HIS ARREST WITHOUT A WARRANT BY NOT CURTAILING

1:10-cv-12162-TLL-CEB Doc # 124 Filed 05/03/18 Pg 3 of 4 Pg ID 1622

THESE VIOLATIONS EVEN IN THE FACE OF ONGOING OBLIGATIONS UNDER AN AGREEMENT WITH THE FEDERAL GOVERNMENT, CONSENT DECREE ORDER, AS A WAY OF SETTLING TWO FEDERAL LAWSUITS THAT HAD ACCUSED POLICE OF REPEATEDLY VIOLATING THE RIGHTS OF SUSPECTS, PRISONERS AND WITNESSES. AND AGAIN I AND OTHERS ARE CONTINUE TO BE PUNISH, PLAINTIFF AND OTHERS ARGUES THAT THE CITY OF DETROIT IS [LIABLE] FOR THE EXISTENCE OF A CLEAR AND PLAINTIFF/PERSISTENT PATTERN OF VIOLATING FEDERAL RIGHTS. YET THE [DPD] DETECTIVES HAVE NOT BEEN PUNISHMENT IN WHICH THE [DPD] HAS EFFECTIVELY RATIFIED THEIR THE CONSTITUTIONAL VIOLATION IN OTHER WORDS. THE CITYS CUSTOM OR POLICY LED TO THE COMPLAINED OF INJURY, YET [30] YEARS LATER, HAD/HAS/ NOT BEEN RECTIFY. EVEN IN THE CASE OF [#10-CV-12162] IS BROWN V. CITY OF DETROIT, IN WHICH WAS [RETROSPECTIVE] TO 2007, IN WHICH A FEDERAL JUDGE RULED THAT MORE THAN A [48] HOUR DELAY OF A PROBABLE CAUSE HEARING DID NOT COMPLY WITH A CONSENT DECREE ORDER THE CITY ENTERED WITH THE U.S. DEPARTMENT OF JUSTICE IN 2003. U.S. DISTRICT COURT JUDGE THOMAS LUDINGTON, APPOINTED LOVEY/ AND LOVEY, A CHICAGO LAW FIRM TO REPRESENT THE TWO CLASSES, AND THIS IS WHY I CONTACTED THIS COMMITTEE FOR THAT PURPOSE IN FEDERAL COURT FOR THE EASTERN DISTRICT, IN BROWN V CITY OF DETROIT, THE CITY INITIALLY IGNORED BROWN'S SUIT, RESULTING IN LUDINGTON SANCTIONING THE CITY FOR NOT COMPLYING WITH DISCOVERY ORDERS, THE JUDGE EVENTUALLY ENTERED A DEFAULT. YET DEFENDANT AND OTHERS PRIOR WAS AFFLICTED BY THE SAME WRONGS THAT GAVE RISE TO THIS COURTS DECISION. IN UNITED STATES OF AMERICA V CITY OF DETROIT [# CASE NO # 03-CV-72258] RE: INVESTIGATION OF THE DETROIT POLICE DEPARTMENT. IN WHICH IT IS OF RECORD, THAT THE CITY OF DETROIT, HAD AN [UNAUTHORIZED] SECRET PRISON 9TH FLOOR, THE U.S. DEPARTMENT OF JUSTICE ORDERED THE CITY TO STOP THE ILLEGAL DETENTIONS IN 2003.

SIGNATURE: Lawson Moum # 205 193
DATED 04/ / 2018.

LAVARON MORRIS # 205-193
CHIPPEWA CORR. FACILITY, 4269
KINCHEIDE MI. 49784-4269

U.S. MARSHALS

RECEIVED
MAY -3 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

CIVIL RIGHTS DIVISION COMPLAINT
SECTION [CLERK] THE VOLUNTEER COMMITTEE
ATTORNEYS, FOR THE FEDERAL COURT FOR THE
EASTERN DISTRICT, THEODORE LEVIN, U.S.
COURTHOUSE, 231 W. LAFAYETTE BOULEVARD,
FIFTH FLOOR, DETROIT, MI, 48226

5/1/18

US POSTAGE PITNEY BOWES
ZIP 49783
$ 000.47